1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**EASTERN DISTRICT OF CALIFORNIA**

8

KIMO C. GOMEZ,

Case No.: 1:22-cv-00770-EPG

9

Plaintiff,

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

10
11

v.

(ECF No. 2)

12

COMMISSIONER OF SOCIAL SECURITY,

13

Defendant.

14

15      Plaintiff seeks judicial review of an administrative decision of the Commissioner of Social

16  Security denying the plaintiff's claim for disability benefits under the Social Security Act. Pending

17  before the Court is Plaintiff's application to proceed *in forma pauperis*. (ECF No. 2.) Having reviewed

18  the application, the Court finds that Plaintiff has made the requisite showing under 28 U.S.C. § 1915

19  in order to proceed *in forma pauperis*.

20      Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma*

21  *pauperis* (ECF No. 2) is GRANTED. The Clerk of Court is directed to issue the following: 1)

22  summons; 2) the Scheduling Order; 3) the Order re Consent or Request for Reassignment; and 4) a

23  Consent to Assignment or Request for Reassignment form.

24  IT IS SO ORDERED.

25

26      Dated:  __**June 27, 2022**__        ___/s/ Erica P. Grosjean___
                                         UNITED STATES MAGISTRATE JUDGE

27
28