UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMO C. GOMEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:22-cv-00770-ADA-EPG<br><br>ORDER RE: STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 12). |

Based on the parties' stipulation (ECF No. 12), IT IS HEREBY ORDERED that:

1. Plaintiff shall file his motion for summary judgment by December 12, 2022;
2. Defendant shall file any opposition, including a cross-motion, by January 26, 2023;
3. Further, the Court reminds the parties that pursuant to the Court's scheduling order (ECF No. 5), Plaintiff shall file the optional reply brief within fifteen (15) days after the filing of Defendant's brief.

IT IS SO ORDERED.

Dated: **November 9, 2022**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1