UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMO C. GOMEZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:22-cv-00770-ADA-EPG<br><br>ORDER RE: STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 14). |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a fourteen (14) day extension of time until December 27, 2022, in which to e-file his Motion for Summary Judgment which is due on December 12, 2022. Defendant shall file any opposition, including cross-motion, on or before February 10, 2023.This second and final extension is necessitated due to the number of cases Plaintiff's counsel must brief for this court, the Northern District of California, and the Ninth Circuit Court of Appeals. Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection and has stipulated to the requested relief.

//

//

//

//

1

| | | |
|---|---|---|
| 1 | Dated:  December 9, 2022 | */s/HARVEY P. SACKETT* |
| 2 | | HARVEY P. SACKETT |
| | | Attorney for Plaintiff |
| 3 | | KIMO C. GOMEZ |
| 4 | Dated:  December 9, 2022 | */s/ELIZABETH LANDGRAF* |
| 5 | | ELIZABETH LANDGRAF |
| | | Special Assistant U.S. Attorney |
| 6 | | Social Security Administration |
| | | [*As authorized by email 12/9/22] |

Case 1:22-cv-00770-ADA-EPG   Document 15   Filed 12/12/22   Page 2 of 3

2

# **ORDER**

Based on the parties' stipulation (ECF No. 14), IT IS ORDERED that:

1. Plaintiff shall file his motion for summary judgment by December 27, 2022.
2. Defendant shall file any opposition, including cross-motion, by February 10, 2023.

IT IS SO ORDERED.

Dated:   **December 12, 2022**               /s/ *Erica P. Grosjean*
                                             UNITED STATES MAGISTRATE JUDGE