1  PHILLIP A. TALBERT
   United States Attorney
2  MATHEW W. PILE, WSBA 32245
   Associate General Counsel
3  Office of Program Litigation, Office 7
   ELIZABETH LANDGRAF, CSBN 313184
4  Special Assistant United States Attorney
           Social Security Administration
5          6401 Security Boulevard
           Baltimore, MD 21235
6          Telephone: (510) 970-4828
           Facsimile: (415) 744-0134
7          Elizabeth.Landgraf@ssa.gov
   Attorneys for Defendant
8

9

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12

13  KIMO C. GOMEZ,                          No. 1:22-cv-00770-ADA-EPG

14              Plaintiff,                   ORDER RE: STIPULATION FOR A SECOND
                                            EXTENSION TO FILE DEFENDANT'S
15  v.                                      RESPONSE TO PLAINTIFF'S MOTION FOR
                                            SUMMARY JUDGMENT
16  KILOLO KIJAKAZI,
    Acting Commissioner of Social Security,
17                                          (ECF No. 18).
                Defendant.
18

19

20         The parties stipulate through counsel that the time for Defendant, the Acting

21  Commissioner of Social Security (the "Commissioner"), to file her response to Plaintiff's Motion

22  for Summary Judgment ("Motion") (ECF No. 16) be extended by twenty-one (21) days, from

23  March 13, 2023, up to and including April 3, 2023.

24         Defendant needs more time because the undersigned attorney for Defendant currently has

25  three district court briefs due between March 13, 2023, and March 17, 2023, the week during

26  which Defendant's brief is due in this case. In addition, the undersigned attorney for Defendant

27  was recently reassigned three additional district court briefs and now has seven briefs due during

28  the remainder of March 2023. The undersigned attorney has been working diligently to meet her

current deadlines, including disposing of four district court briefs between March 1, 2023, and March 10, 2023, and has consequently not had sufficient time to devote to Defendant's brief in the present case. Accordingly, the Commissioner respectfully requests an extension of 21 days, until April 3, 2023, to respond to Plaintiff's Motion. This request is made in good faith with no intention to unduly delay the proceedings.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: March 10, 2023          By:    */s/ Harvey P. Sackett*
                                       HARVEY P. SACKETT
                                       (as authorized by email)
                                       Attorney for Plaintiff

Dated: March 10, 2023                 STEPHANIE HINDS
                                       United States Attorney
                                       MATHEW W. PILE
                                       Associate General Counsel
                                       Office of Program Litigation, Office 7
                                       Social Security Administration

                               By:    */s/ Elizabeth Landgraf*
                                       ELIZABETH LANDGRAF
                                       Special Assistant United States Attorney

                                       Attorney for Defendant

//
//
//
//
//
//
//
//
//
//

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Pursuant to the parties' stipulation (ECF No. 18), IT IS ORDERED that Defendant shall

have an extension, up to and including April 3, 2023, to respond to Plaintiff's Motion for

Summary Judgment. All other deadlines shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **March 14, 2023**                    /s/ _Erica P. Grosjean_

                                           UNITED STATES MAGISTRATE JUDGE

3