UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMO C. GOMEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:22-cv-00770-ADA-EPG<br><br>ORDER RE: STIPULATION<br><br>(ECF No. 21). |

　　　　Based on the parties' stipulation (ECF No. 21), Plaintiff shall have an extension of time until April 14, 2023, to file a reply brief to Defendant's opposition.

IT IS SO ORDERED.

　　　Dated:　**April 4, 2023**　　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1