1   HARVEY P. SACKETT (72488)

2   **S A C K E T T**
    AND ASSOCIATES
3   A PROFESSIONAL LAW CORP.

4   548 Market Street, Suite 38822
    San Francisco, California 94104-5401
5   Telephone: (408) 295-7755
    Facsimile:  (408) 295-7444
6   Email: hps@sackettlaw.com

7   Attorney for Plaintiff

8   /as

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11                         FRESNO DIVISION

12  KIMO C. GOMEZ,                          )   Case No.: 1:22-cv-00770-DAD-AC
                                            )
13          Plaintiff,                      )   STIPULATION AND [PROPOSED]
                                            )   ORDER FOR THE AWARD AND
14      v.                                  )   PAYMENT OF ATTORNEY FEES
                                            )   PURSUANT TO THE EQUAL
15                                          )   ACCESS TO JUSTICE ACT, 28
                                            )   U.S.C. § 2412(d)
16  MARTIN O'MALLEY,[1]                     )
    Commissioner of Social Security,        )
17                                          )
            Defendant.                      )
18                                          )
                                            )
19  _____)

20          On December 20, 2023, this Court issued an order reversing the final decision of the

21  Defendant, Martin O'Malley, the Commissioner of Social Security (Commissioner), with a

22  remand for a rehearing, 42 U.S.C. § 405(g) (sentence four); judgment was entered.

23  _____

24
    [1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023.
25  Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Martin O'Malley should be
    substituted for Kilolo Kijakazi as Defendant in this suit. No further action need be taken to
26  continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42
    U.S.C. § 405(g).
27

28

STIPULATION AND [PROPOSED] ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY
FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)

**SACKETT**
AND ASSOCIATES
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, CA 94104-5401
(628) 204-4644
(408) 295-7755

In the interest of administrative and judicial economy, the parties have agreed to stipulate that an award of FIVE THOUSAND ONE HUNDRED FOUR DOLLARS AND SIXTY-EIGHT CENTS ($5,104.68) in attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), is reasonable. This award is without prejudice to Plaintiff's right to seek attorney's fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA. However, this award shall constitute a complete release from and bar to any claims Plaintiff may have relating to EAJA fees and costs. Further, such award shall not be used as precedent in any future cases, nor be construed as a concession by the Commissioner that the original administrative decision denying benefits to Plaintiff was not substantially justified.

After the Court issues an order for EAJA fees to Plaintiff, the Government will consider the matter of Plaintiff's assignment of EAJA fees to Harvey P. Sackett ("Counsel").  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010), the ability to honor an assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA is entered, the Government will determine whether they are subject to offset. Fees shall be made payable to Plaintiff, but if the Department of Treasury determines Plaintiff does not owe a federal debt, then the Government shall cause the payment of fees, expenses, and costs to be made payable directly to Counsel, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered and made payable to Counsel.

Accordingly, Defendant agrees to pay Plaintiff $5,104.68 in attorney's fees.

All parties whose signature lines appear in this document have consented to its filing. This award is without prejudice to the rights of Sackett and Associates and/or Harvey P. Sackett to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Dated: January 26, 2024                                    SACKETT AND ASSOCIATES

STIPULATION AND [PROPOSED] ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, CA 94104-5401
(628) 204-4644
(408) 295-7755

By:   /s/ *HARVEY P. SACKETT*
      HARVEY P. SACKETT
      Attorney for Plaintiff
      KIMO C. GOMEZ


Dated: January 29, 2024          PHILLIP A. TALBERT
                                 United States Attorney


By:   /s/*ELIZABETH LANDGRAF*
      ELIZABETH LANDGRAF
      Special Assistant United States Attorney
      Attorney for Defendant
      [*As authorized by email on 1/26/24]


**ORDER**

Pursuant to the stipulation, IT IS SO ORDERED.


Dated: January 29, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

3

STIPULATION AND [PROPOSED] ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY
FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, CA 94104-5401
(628) 204-4644
(408) 295-7755